**KLEINBERG, KAPLAN, WOLFF & COHEN, P.C.**
551 Fifth Avenue
New York, New York 10176
(212) 986-6000
David Parker (DP-1075)
Matthew J. Gold (MG 7326)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------x

| | | |
|---|---|---|
| **In re:** | : | United States Bankruptcy Court |
| | : | Chapter 11 |
| **ENRON CORP.,** *et al.,* | : | Case No. 01-16034 (AJG) |
| | : | (Jointly Administered) |
| Reorganized Debtors. | : | |
| ---------------------------------------x | | |
| **SPRINGFIELD ASSOCIATES, LLC,** | : | United States Bankruptcy Court |
| | : | Adv. Proc. No. 05-01025 (AJG) |
| Defendant-Appellant, | : | |
| | : | United States District Court |
| v. | : | Case No. 06 cv 07828 (SAS) |
| | : | Case No. 07 cv 01957 (UA)[1] |
| **ENRON CORP.,** | : | |
| | : | |
| Plaintiff-Appellee. | : | |

---------------------------------------x

# MEMORANDUM OF APPELLANT
# SPRINGFIELD ASSOCIATES, LLC

Defendant-appellant Springfield Associates, LLC ("Springfield"), by its undersigned attorneys Kleinberg, Kaplan, Wolff & Cohen, P.C., in order to avoid burdening the Court with repetitious briefing of arguments also made by others, hereby adopts to the extent

---

[1] This case has been referred to the Honorable Shira A. Scheindlin as related to Case No. 06-07828 (SAS).

applicable to Springfield the arguments made in the Opening Brief Of Permitted Intervenor Bank Citibank, N.A. On The Issue Of Equitable Subordination And Disallowance Of Transferred Claims and the Brief of Amici Curiae The Bond Market Association, The International Swaps And Derivatives Association, The Securities Industry Association, And The Loan Syndications And Trading Association In Support Of Appellants regarding the appeals in the above-captioned cases.

Dated: March 12, 2007

**KLEINBERG, KAPLAN, WOLFF & COHEN, P.C.**

By: /s/ Matthew J. Gold
David Parker (DP-1075)
Matthew J. Gold (MG 7326)

551 Fifth Avenue
New York, New York 10176
(212) 986-6000

Attorney for Defendant-Appellant
**SPRINGFIELD ASSOCIATES, LLC**